**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 3 1999

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

|  |  |
|---|---|
| GROSS METAL PRODUCTS,<br><br>                    Plaintiff,<br><br>        v.<br><br>FALLS MANUFACTURING,<br>,<br><br>                    Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 96-0592 PHX-ROS |

_____      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX       **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, per the Court's order enter June 10, 1999 this case and action are dismissed. Plaintiff to take nothing.


August 3, 1999                    RICHARD H. WEARE
                                     District Court
                                     Executive/Clerk

                                     (By) Deputy Clerk

cc: (all counsel/jgmdrw)